

<table>
<tr><td><strong>MURIEL GOODE-TRUFANT</strong><br><em>Corporation Counsel</em></td><td align="center">THE CITY OF NEW YORK<br><strong>LAW DEPARTMENT</strong><br>100 CHURCH STREET<br>NEW YORK , NEW YORK 10007</td><td align="right"><strong>ALEXANDRA CORSI</strong><br><em>Senior Counsel</em><br>acorsi@law.nyc.gov<br>Phone:  (212) 356-3545</td></tr>
</table>

November 24, 2025

**By ECF**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>Alisha Pierre-Louis v. City of New York et. Al.</u><br>25 CV 8060 (DEH)

Your Honor:

I am a Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York and the attorney for defendant City of New York in this matter. In that capacity, and for the reasons set forth below, I write to respectfully request an adjournment of the December 3, 2025 initial conference and accompanying November 26, 2025 deadline to submit a joint letter in advance of that conference. This is the first request of this kind and Plaintiff's counsel, Michael Bloch, consents to this request.

By way of background, Plaintiff filed the instant action on September 29, 2025, pursuant to 42 U.S.C. § 1983, against the City of New York and New York City Police Department Officers Erick Clarck and Tashi Paljor alleging, *inter alia*, that, on September 30, 2022, she was falsely arrested and subjected to excessive force. On September 30, 2025, the Court designated this case for participation in Local Civil Rule 83.10 ("the Plan"), and on October 7, 2025, the City of New York was served with a copy of the summons and complaint. (Docket Entry dated 9/30/25 and No. 6).

According to the § 1983 Plan, the City has eighty days to answer the complaint if, as in this case, the § 160.50 Release is served contemporaneously with the complaint. The City received the plaintiff's § 160.50 Release along with the complaint on October 7, 2025; as such, the City's answer is due on December 26, 2025. Moreover, under the terms of the Plan, the parties are to have their Rule 26(f) conference within 14 days after the first defendant files its answer, initial disclosures should be exchanged within 21 days after the first defendant files its answer, and specific documents are to be exchanged between the parties within 28 days after the first defendant files its answer. All other discovery is stayed, as the parties are then supposed to engage in settlement discussions and either have a settlement conference with a Magistrate Judge or a mediation session with a Southern District mediator. After the first defendant files its answer, the

parties are to confer as to whether or not they believe the case should be exempt from the § 1983 Plan, and any application to exclude this case from the Plan should be made within three weeks of the first defendant's answer. Accordingly, defendant City respectfully submits that a pretrial conference is not necessary at this stage, as a limited discovery schedule has already been set forth in the Plan, and all other discovery is stayed pending a settlement conference or mediation session. Moreover, under the terms of the Plan, the City's response to the complaint is currently due on December 26, 2025, which is more than three weeks after the initial conference currently scheduled for December 3, 2025.

Accordingly, with the consent of Plaintiff's counsel, defendant City respectfully requests that Your Honor adjourn the December 3, 2025 conference and accompanying November 26, 2025 deadline to submit a joint letter, until after the parties engage in Plan mediation. Thank you for your consideration herein.

Respectfully submitted,

*/s/ Alexandra Corsi*
*Senior Counsel*

cc:     Michael Bloch, Attorney for Plaintiff (by ECF)

Application **GRANTED**. The Initial Pretrial Conference scheduled for December 3, 2025 is **ADJOURNED** sin die. Absent an application to the Court to exclude this case from the § 1983 Plan, the parties shall file a joint status letter within 7 days of the conclusion of settlement discussions.

SO ORDERED.

Dated: November 25, 2025                    Dale E. Ho
New York, New York                          United States District Judge

2